11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cynthia L. Clack,                                    * From the 318th District
                                                       Court of Midland County,
                                                       Trial Court No. FM-47,213.

Vs. No. 11-12-00269-CV                               * December 19, 2013

Larry Wollschlager,                                  * Memorandum Opinion by Willson, J.
                                                       (Panel consists of: Wright, C.J.,
                                                       Willson, J., and Bailey, J.)


        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Cynthia L. Clack.